# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 10-3265

———————

William C. Young,                   *
                                    *
        Appellant,            *
                                    *
                                    *   Appeal from the United States
    v.                          *   District Court for the
                                    *   Western District of Missouri.
Securitas Security Services USA, Inc.,   *
                                    *   [UNPUBLISHED]
        Appellee.             *

———————

Submitted: May 3, 2011
Filed: August 11, 2011

———————

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

———————

PER CURIAM.

    William Young appeals the district court's[1] order dismissing his civil rights complaint. After careful de novo review, *see Wintermute v. Kan. Bankers Sur. Co.*, 630 F.3d 1063, 1067 (8th Cir. 2011), this court agrees with the district court that res judicata barred Young's complaint, *see Kolb v. Scherer Bros. Fin. Servs. Co.*, 6 F.3d 542, 544 (8th Cir. 1993) (elements of res judicata).

    Accordingly, this court affirms. *See* 8th Cir. R. 47B.

_____

    [1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.